FAYE M. EATON et al., Appellants, v WAYNE TEACHERS ASSOCIATION et al., Respondents.

Submitted January 3, 2011; decided February 24, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

---

RICHARD J. ERICKSON, Respondent, v CROSS READY MIX, INC., et al., Respondents, and TURNER CONSTRUCTION COMPANY, Appellant, et al., Defendants. (And a Third-Party Action.)

Submitted January 3, 2011; decided February 24, 2011

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

---

ROBERT H. HAMILTON et al., Respondents, v DAVID MURPHY, Appellant.

Submitted January 3, 2011; decided February 24, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.